# United States District Court

## *Southern District of Georgia*

Katria Trumpler

_____
Plaintiff

Case No.  **1:25-cv-173**

v.  Frank Bisgnano
Commissioner of Social Security

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

Defendant

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  1st  day of  August , 2025 .

*/s/ Brian K. Epps*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  David B. Goetz

Business Address:  Gonzalez & Goetz, LLC
Firm/Business Name

2300 NW Corporate Blvd
Street Address

| Suite 244 | Boca Raton | FL | 33431 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

954-764-8989                                    0996416(Florida)
Telephone Number (w/ area code)        Georgia Bar Number

Email Address:  usdcdavid@gglaw.info