AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KATRIA TRUMPLER.

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 125-173

FRANIC BISIGNANO, Commissioner of
Social Security Administration,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 14, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The Court reverses the final decision of the Commissioner and remands this case to the Commissioner for further consideration in accordance with the Court's opinion. This case stands closed.

8/14/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*